# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2014

## NO. 03-12-00100-CV

**Grant Trevarthen, Appellant**

**v.**

**Ocwen REO Trust, a Delaware Statutory Trust; Secretary of Housing and Urban Development; Mortgage Electronic Registration System (MERS); Brandon Wolf and Mark Hopkins, Appellees**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the trial court on November 29, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.